# McNallyLaw, L.L.C.
## Attorneys at Law

Stephen B. McNally                                                                                           Newark, NJ
                                                                                                             New York, NY

---

93 Main Street, Suite 201
Newton, New Jersey 07860
Phone: (973) 300-4260
Fax: (973) 300-4264
email:steve@mcnallylawllc.com

July 15, 2024

**Via PACER and Regular Mail**
To All Creditors and Parties in Interest
in the Chapter 11 Bankruptcy Proceedings of
Farrand Street Associates, LLC
Chapter 11 Case No. 24-16821

      re:    Farrand Street Associates, LLC
                Chapter 11 Case No. 24-16821

Dear Sir/Madam:

You are advised that in order to mitigate the affects of COVID-19, the Office of the United States Trustee will be conducting the Meeting of Creditors in this case by telephone.

The meeting is scheduled for Wednesday, August 14, 2024 at 10:00 a.m.

If you desire to participate, please call into this conference call using the following dial information:

    Call in number:    (425) 436-6388
    Access Code:      2937465#

Thank you for your cooperation.

                              Very truly yours,

                              /s/ Stephen McNally

                              Stephen B. McNally